UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC EDMISTON, a single man, in his individual capacity and as guardian of A.E., and A.E., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, CHILD PROTECTIVE SERVICES, a state and government and its division and agency, DIVISION OF CHILDREN AND FAMILY SERVICES, MAUREEN MARTIN, LARRY HAYDEN, KAREN KREMKAU,<br><br>Defendants. | CASE NO. C07-5379RJB<br><br>ORDER GRANTING MOTION TO STRIKE PLAINTIFFS' EXPERT WITNESS MARK GRAY |

This matter comes before the court on the above-referenced motion (Dkt. 38).

It appears from the record herein that plaintiffs never timely and fully disclosed Mark Gray as an expert witness. Federal Rule of Civil Procedure 26(a)(2) has never been fully complied with; defendants' motion should be granted, and Mark Gray should not be allowed to testify as an expert witness in accord with Federal Rule of Civil Procedure 37(c)(1).

The parties should note, however, that, as a fact witness Mr. Gray may testify as to history taken, examination made, diagnosis reached, treatment provided, and his prognosis made, provided that his testimony is within the expertise and limitations of his profession, and provided that any opinions were reached during the course of, and as a part of, his treatment.

ORDER
Page 1

**IT IS SO ORDERED**.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 29th day of May, 2008.

ROBERT J. BRYAN
United States District Judge