# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ERIC EDMISTON, a single man, in his individual capacity and as Guardian of A.E., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON and DEPARTMENT OF SOCIAL AND HEALTH SERVICES, CHILD PROTECTIVE SERVICES, a state government and its division and agency, DIVISION OF CHILDREN AND FAMILY SERVICES; MAUREEN MARTIN; LARRY HAYDEN; and KAREN KREMKAU,<br><br>Defendants. | NO. C07-5379 RJB<br><br>ORDER GRANTING MOTION TO FILE OVER-LENGTH BRIEF |

Pursuant to the provisions of United States District Court, Western District of Washington Court Rule 7(f), good cause having been shown, permission is hereby granted to the State Defendants to file an over-length summary judgment brief, not to exceed 27 pages.

DONE IN OPEN COURT this 2nd day of June, 2008.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

```
 1
 2   Presented by:
 3
     ROBERT M. MCKENNA
 4   Attorney General

 5
     /s/ John K. McIlhenny, Jr
 6   JOHN K. MCILHENNY, JR. WSB# 32195
     Assistant Attorneys General
 7   Attorney for State Defendants
```